[No. 57919-3-I.  Division One.  November 13, 2006.]

JOHN K. BOLDREY, *Appellant*, v. THE DEPARTMENT OF LICENSING, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-23107-6, Laura C. Inveen, J., entered February 17, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 33127-6-II.  Division Two.  November 14, 2006.]

*In the Matter of the Marriage of* VICTORIA RAWLINSON, *Appellant*, and LLOYD RAWLINSON, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 03-3-01573-4, Christine A. Pomeroy, J., entered March 18, 2005. *Affirmed in part* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 33147-1-II.  Division Two.  November 14, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID CHRISTIAN LOVELAND, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-04304-4, Frederick W. Fleming, J., entered April 1, 2005. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Penoyar, JJ.

[No. 33160-8-II.  Division Two.  November 14, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. CODY E. SPRINGER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 04-1-01262-5, Anna M. Laurie, J., entered March 11, 2005. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Penoyar, JJ.